# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowman, Leslie A. | U.S. District Court - Arizona | 06/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3170
Tucson, Arizona 85701-5054

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 06/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Law Office of Leslie A. Bowman | $143,784.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Carondelet Medical Group, W2, Employee |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 06/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Ocwen Loan Servicing, LLC | Mortgage on Rental Property, Pima County | N |
| 2. | Merrill Lynch | Mortgage on Rental Property, Pima County | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 3. ING | A | Interest | K | T | | | | | |
| 4. Bank of America | A | Interest | J | T | | | | | |
| 5. Rental Property #1, Pima County, AZ | C | Rent | K | W | | | | | |
| 6. Rental Property #2, Pima County, AZ | D | Rent | K | W | | | | | |
| 7. Note 1, Mel Nevitt | B | Interest | J | T | | | | | |
| 8. Formula Investing US Value Select Fd | B | Dividend | K | T | | | | | |
| 9. Diversified Van Inst Indx Plus | A | Dividend | K | T | | | | | |
| 10. Diversified Vanguard SmCap Indx Plus | A | Dividend | K | T | | | | | |
| 11. Principal LargeCap S&P 500 Indx Fd | A | Dividend | N | T | | | | | |
| 12. Principal MidCap S&P 400 Indx | A | Dividend | L | T | | | | | |
| 13. Principal SmallCap S&P 600 Indx | A | Dividend | M | T | | | | | |
| 14. Amer Funds New Perspective R3 Fd | A | Dividend | L | T | | | | | |
| 15. Vanguard Total Stock Market Indx Adm | A | Dividend | K | T | | | | | |
| 16. Vanguard Extended Market Indx | A | Dividend | K | T | | | | | |
| 17. Vanguard Total International Stock Indx | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Institutional Indx | A | Dividend | M | T | | | | | |
| 19. Vanguard Prime Money Market Sweep Account | A | Interest | L | T | | | | | |
| 20. Vanguard Health Care Fd Investor Shares | A | Dividend | J | T | | | | | |
| 21. Vanguard Large Cap Indx Fd Adm Shares | A | Dividend | L | T | | | | | |
| 22. Cognizant Tech Solutions Corp Class A | A | Dividend | K | T | | | | | |
| 23. Vanguard Reit Indx Fd Adm Shares | A | Dividend | J | T | | | | | |
| 24. Vanguard Small Cap Indx Fd Adm Shares | A | Dividend | M | T | | | | | |
| 25. Vanguard Total International Stock Indx Fd Adm Shares | A | Dividend | L | T | | | | | |
| 26. Apple | A | Dividend | K | T | | | | | |
| 27. Blackrock (BLK) | A | Dividend | J | T | | | | | |
| 28. Lululemon Athletica | A | Dividend | J | T | | | | | |
| 29. Priceline.Com | A | Dividend | J | T | | | | | |
| 30. Vanguard Extended Market Indx Fd Adm Shares | A | Dividend | K | T | | | | | |
| 31. Baidu Inc Sp Adr Rep Ord Shares Class A | A | Dividend | | | Sold | 11/23/12 | K | | |
| 32. Buffalo Wild Wings | A | Dividend | K | T | | | | | |
| 33. China Agri Business Inc | A | Dividend | J | T | | | | | |
| 34. Cliffs Natural Res Inc | A | Dividend | | | Sold | 11/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Darling Intl Inc | A | Dividend | K | T | Buy (add'l) | 11/23/12 | J | | |
| 36. Deckers Outdoor Corp | A | Dividend | K | T | | | | | |
| 37. Ebix Inc | A | Dividend | K | T | | | | | |
| 38. Google | A | Dividend | K | T | | | | | |
| 39. Intuitive Surgical Inc New | A | Dividend | K | T | | | | | |
| 40. Spirit Airlines | A | Dividend | K | T | | | | | |
| 41. Visa Inc Class A | A | Dividend | K | T | Buy (add'l) | 11/23/12 | J | | |
| 42. Vista Print NV | A | Dividend | | | Sold | 11/23/12 | K | | |
| 43. Zeltiq Aesthetics Inc | A | Dividend | | | Sold | 11/23/12 | J | | |
| 44. Holly Frontier Corp | A | Dividend | K | T | Buy | 11/23/12 | K | | |
| 45. Perrigo Co. | A | Dividend | K | T | Buy | 11/23/12 | K | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bowman, Leslie A. | 06/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Line 8, Section VII - My 11/26/2012 report showed that Fund Vantage West Select SdA Fd was not owned at the end of the reporting period. That was an error. Also, the name of the fund was incorrect and should have been listed as Formula Investing US Value Select Fund, as it is listed on Line 8 of this report. Column C from the last report should have shown "K" and "T" for value code and method.

2. Line 16, Section VII - My 11/26/2012 report listed Vanguard Total Stock Market Index. On 9/13/12 the investment reached a threshhold which triggered Vanguard to move the shares into Vanguard total Stock Market Indx Adm, resulting in lower costs, as listed on line 25 of my 11/26/2012 report. Those two investment accounts are one and the same and should not have been listed twice. The investment is listed on line 15 of my current report.

3. Lines 17, 18 and 20, Section VII - My 11/26/2012 report mistakenly listed those funds with entries in Column C. I did not own those funds as of the date of the report. They do not appear on my current report.

4. Lines 22 and 23, Section VII - My 11/26/2012 report mistakenly showed those investments as not owned at the end of the reporting period. I do own those. Their entries in Column C would have been "L" and "M", respectively, with value methods "T". They are listed on lines 17 and 18 of my current report.

5. Lines 24, 29 and 45, Section VII - My 11/26/2012 report listed Vanguard Prime Money Market Sweep Accounts separately. Those are combined on my current report and listed on line 19.

6. Lines 27 and 28, Section VII - My 11/26/2012 report listed the same investment account twice. That account is listed on line 21 of my current report.

7. Line 35, Section VII - My 11/26/2012 report listed an investment that had no value at the end of the reporting period. It should not have been listed and is not listed on my current report.

8. Lines 33 and 46, Section VII - My 11/26/2012 report listed investments in Apple twice. Those are combined and listed on my current report on line 26.

**FINANCIAL DISCLOSURE REPORT**

Page 8 of 8

Name of Person Reporting

Bowman, Leslie A.

Date of Report

06/14/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie A. Bowman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544